27 F.3d 557
 Kot (James G.)
v.
Stolle (William), Ridley Township Police Department, Tidley
Township, Pennsylvania, Hackett, Det., Ridley Township
Police Dept., Brennen, Det., Ridley Township Police Dept.,
Holmes (Richard), Ridley Township Police Department; Kot
(James G.) v. Hackett, Det., Ridley Township Police Dept.,
Brennan, Det., Riley Township Police Dept., Holmes
(Richard), Ridley Township Police Dept.
 NOS. 93-2023, 93-2024
 United States Court of Appeals,
Third Circuit.
 May 27, 1994
 
 Appeal From: E.D.Pa.,
 Kelly, J.
 
 
 1
 AFFIRMED.